# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0210.  LAURA M. SWAIN v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.

In this administrative appeal, Laura M. Swain seeks discretionary review of the superior court's order affirming the agency's decision.  The superior court's order was entered on December 6, 2013, and Swain filed her application on January 10, 2014.[1]  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Swain filed her application 35 days after entry of the order she seeks to appeal.  Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Swain's application bears a private-meter postmark of January 6, 2014, and was received by this Court on January 10.  Because the postmark was not affixed by the United States Postal Service, the application was deemed filed on the date it was physically received in the Clerk's office.  See Ga. Ct. App. R. 4 (c).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/10/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*